UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK SOLWAY,

    Plaintiff,                                          Case Number 19-12350

v.                                                  Honorable David M. Lawson

ALLIED COLLECTION SERVICES OF
CALIFORNIA, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

On October 28, 2019, the parties informed the Court that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before November 28, 2019**.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                       United States District Judge

Date: October 28, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on October 28, 2019.

                                    s/Susan K. Pinkowski
                                    SUSAN K. PINKOWSKI